Jorge VIDAL, et al., Petitioners,

v.

IMMIGRATION & NATURALIZATION SERVICE, Respondent.

No. 00–71184.
I & NS No. A70–781–001 A70–781–002.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted April 11, 2002.

Decided April 17, 2002.

Before REINHARDT, GRABER Circuit Judges, and HUNT, District Judge*.

ORDER**

Because the BIA has reopened this matter to consider petitioner's application for adjustment of status there is no final order of deportation pending. In the absence of a final order we lack jurisdiction to review the pending petition.

DISMISSED.

---

* The Honorable Roger Hunt, United States District Judge for the District of Nevada, sitting by designation.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.